Guy Fleming et al., Appellants, v R.S.R. Wholesale, Inc., et al., Respondents.—Order unanimously affirmed with-

out costs for the reasons stated in decision at Supreme Court, Fallon, J. (Appeal from Order of Supreme Court, Erie County, Fallon, J.—Dismiss Complaint.) Present—Doerr, J. P., Boomer, Pine, Lawton and Davis, JJ.